UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CANTON

-----------------------------------------------------------x
In re:                                              : Case No. 20-61308
                                                    :
A.R.M. OPCO, INC.                                   : Chapter 11
                                                    :
    Debtor and                    : Judge Russ Kendig
    Debtor-in-Possession.          :
                                                    :
(Employer Tax I.D. No. 46-4283819)                  :
-----------------------------------------------------------x

### AMENDED NOTICE OF FILING OF DEBTOR'S FIRST DAY PAPERS AND MOTIONS

PLEASE TAKE NOTICE OF THE FOLLOWING:

The above-captioned debtor and debtor in possession (the "Debtor"), has filed the motions and applications listed below on August 20, 2020:

**APPLICATION OF THE DEBTOR FOR AUTHORITY
TO RETAIN AND EMPLOY ANTHONY J. DEGIROLAMO
AS COUNSEL FOR THE DEBTOR**

**APPLICATION OF THE DEBTOR FOR AUTHORITY
TO RETAIN AND EMPLOY TZANGAS, PLAKAS & MANNOS, LTD
AS SPECIAL COUNSEL FOR THE DEBTOR**

**MOTION OF DEBTOR FOR ENTRY OF AN ORDER
(I) ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PROFESSIONALS ON A MONTHLY BASIS
AND (II) LIMITING SERVICE OF NOTICES
OF HEARINGS ON INTERIM APPLICATIONS FOR COMPENSATION**

**MOTION OF DEBTOR FOR AN ORDER CONFIRMING THE
ADMINISTRATIVE EXPENSE PRIORITY STATUS OF DEBTOR'S
UNDISPUTED OBLIGATIONS TO SUPPLIERS FOR THE POSTPETITION
DELIVERY OF GOODS AND PROVISION OF SERVICES AND
FOR AUTHORITY TO PAY PREPETITION ADMINISTRATIVE CLAIMS
<u>PURSUANT TO 11 U.S.C. § 503(B)(9)</u>**

**MOTION OF THE DEBTOR FOR ENTRY OF INTERIM AND FINAL
ORDERS AUTHORIZING: (A) THE DEBTOR'S USE OF CASH COLLATERAL
PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE; (B) AUTHORIZING
DEBTOR TO OBTAIN SECURED POSTPETITION FINANCING PURSUANT TO
SECTION 364 OF THE BANKRUPTCY CODE; AND (C) APPROVING AND
AUTHORIZING DEBTOR TO ENTER INTO CERTAIN RELATED LOAN
<u>DOCUMENTS</u>**

**MEMORANDUM IN SUPPORT OF DEBTOR'S MOTION FOR ORDER
<u>AUTHORIZING INTERIM AND FINAL USE OF CASH COLLATERAL</u>**

**DEBTOR'S MOTION FOR ORDER AUTHORIZING (I) THE SALE OF
SUBSTANTIALLY ALL OF ITS ASSETS, FREE AND CLEAR OF LIENS, CLAIMS,
ENCUMBRANCES, AND INTERESTS AND (II) THE
ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY
<u>CONTRACTS AND UNEXPIRED LEASES</u>**

**MEMORANDUM IN SUPPORT OF DEBTOR'S MOTION FOR ORDER
AUTHORIZING (I) THE SALE OF SUBSTANTIALLY ALL OF ITS ASSETS FREE
AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; AND (II)
THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
<u>AND UNEXPIRED LEASES</u>**

Respectfully submitted,

 /s/ Anthony J. DeGirolamo
Anthony J. DeGirolamo (0059265)
3930 Fulton Dr., Ste. 100B
Canton, Ohio 44718
Telephone: (330) 305-9700
Facsimile: (330) 305-9713
E-mail: tony@ajdlaw7-11.com

PROPOSED COUNSEL FOR
THE DEBTOR AND
DEBTOR IN POSSESSION

2

186087