# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 20-61308 | RK | Judge: | Russ Kendig | Trustee Name: | Lisa M. Barbacci |
|---|---|---|---|---|---|---|
| Case Name: | A.R.M. Opco Inc. | | | | Date Filed (f) or Converted (c): | 03/29/2021 (c) |
| | | | | | 341(a) Meeting Date: | 05/18/2021 |
| For Period Ending: | 03/31/2022 | | | | Claims Bar Date: | 01/06/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Ohio Workers Comp premium/refund/return (u) | 0.00 | 322,012.48 | | 322,012.48 | FA |
| 2. Huntington National Bank - Checking ending 7910 | 2,647.88 | 0.00 | | 0.00 | FA |
| 3. KeyBank- Checking ending 8063 | 567.67 | 0.00 | | 0.00 | FA |
| 4. Wells Fargo- Checking ending 5154 Account was written off by Wells Fargo. Unsure fi the account is actually closed. | 0.00 | 0.00 | | 0.00 | FA |
| 5. Wells Fargo- Zero Balance Account ending 8026 Zero Balance Account | 0.00 | 0.00 | | 0.00 | FA |
| 6. Peoples Bank- Checking ending 4504 | 0.00 | 0.00 | | 0.00 | FA |
| 7. Vendor Prepayments | 8,608.18 | 0.00 | | 0.00 | FA |
| 8. Accounts receivable 1,869,134.74 - 311,522.46 | 1,557,612.28 | 0.00 | | 0.00 | FA |
| 9. Counter Stock Valuation method is Book Value reduced by 50% 1/1/2020 108,500.00 | 217,000.00 | 0.00 | | 0.00 | FA |
| 10. Work in Progress Valuation method is Book Value reduced by 50% 184,276.00 | 184,276.00 | 0.00 | | 0.00 | FA |
| 11. Work in Progress- Open Orders (based on profit margin) 1,018,448.00 | 1,018,448.00 | 0.00 | | 0.00 | FA |
| 12. Miscellaneous Office Furniture & Fixtures- See Exhibit attached hereto. Valuation method is Book Value reduced by 50% 55,156.00 | 55,156.00 | 0.00 | | 0.00 | FA |
| 13. Miscellaneous Computers & Office Equipment- See Exhibit attached hereto. Valuation method is Book Value reduced by 50% 131,849.00 | 131,849.00 | 0.00 | | 0.00 | FA |
| 14. Office Furniture, Fixtures, & Equipment unknown | Unknown | 0.00 | | 0.00 | FA |
| 15. Miscellaneous Vehicles- See Exhibit attached hereto. Valuation method is Book Value reduced by 50% $83,902.50 | 83,902.50 | 0.00 | | 0.00 | FA |
| 16. 2017 Ford T250 Van Scheduled at Kelley Blue Book "Good" Value $14,306.00 | 14,306.00 | 0.00 | | 0.00 | FA |
| 17. Miscellaneous Equipment- See Exhibit attached hereto. Valuation method is Book Value reduced by 50% $665,437.00 | 665,437.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No: | 20-61308 RK | Judge: Russ Kendig | Trustee Name: | Lisa M. Barbacci |
| Case Name: | A.R.M. Opco Inc. | | Date Filed (f) or Converted (c): | 03/29/2021 (c) |
| | | | 341(a) Meeting Date: | 05/18/2021 |
| For Period Ending: | 03/31/2022 | | Claims Bar Date: | 01/06/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. Solvent Washer model SW30, continuous feed operation, Teflon/Kalrex, 280v and 1RSD-5 Cooling tower, 115v $14,112.00 | 14,112.00 | 0.00 | | 0.00 | FA |
| 19. Geomagic for Solidworks and USB Dongle, Mobile Precision 7720 XCTO Base, One New Faro Edge 12 ft, 7 Axis Edge Arm, together witl all replacements, parts, repairs, additions, and accessions incorporated therein or attached hereto and any and all proceeds of | 71,017.00 | 0.00 | | 0.00 | FA |
| 20. One Used 2006 Komatsu FD135-7 Lift with Serial No. 6234, together with all replacements, additions, accessions, and accessories incorporated therein and/or thereto and all proceeds thereof including but not limited to amounts payable under any insurance po | 85,000.00 | 0.00 | | 0.00 | FA |
| 21. Electric Lines, Air Lines, (1) HYP Powermax 105 Plasma Cutter, Hydraulic Hose Cleaner, (2) Magnetek Flex-6EX Crane Remote, Adjustable Lifting Beam, (7) Trailer Systems $26,177.00 | 26,177.00 | 0.00 | | 0.00 | FA |
| 22. 2018 Yale GP050MX Forklift $26,568.00 | 26,568.00 | 0.00 | | 0.00 | FA |
| 23. 2014 Yale GC060VX Forklift $16,500.00 | 16,500.00 | 0.00 | | 0.00 | FA |
| 24. Website- See Exhibit attached hereto. $96,386.00 Book Value | 96,386.00 | 0.00 | | 0.00 | FA |
| 25. Train Pro IP License unknown Book Value | Unknown | 0.00 | | 0.00 | FA |
| 26. Mulch Mule License unknown Book Value | Unknown | 0.00 | | 0.00 | FA |
| 27. Covid-19 Business Interruption Insurance Claim- Undetermined Value $0.00 | Unknown | 1.00 | | 0.00 | 1.00 |
| 28. Review of pre and post petition financial affairs (u) | Unknown | 1.00 | | 0.00 | 1.00 |
| 29. Refund American Electric Power (u) | Unknown | 1.00 | | 1,345.50 | 0.00 |
| 30. Refund Ameritas (u) | Unknown | 1.00 | | 644.88 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $4,275,570.51 | $322,016.48 | | $324,002.86 | $2.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

(3/31/22) Further review of pre and post petition financial affairs and conversion activities and possible Covid-19 Business Interruption Insurance claim. (Asset Nos. 27 and 28).
(3/21/22) Agreed Order Granting Mtn for Relief from Stay (Docket #233)
(3/17/22) Mtn for Relief from Stay filed by creditor in order to pursue product liability suit (Docket #230)
(9/30/21) Review of pre and post petition financial affairs and conversion activities and Covid-19 Business Interruption Insurance claim. (Asset Nos. 27 and 28).
(5/19/21) Report of Asset Sale filed by Debtors (Docket No. 207).
(5/18/21) Initial Chapter 7 Meeting of Creditors held.
(4/23/21) Order granting Application to Employ Trustee's Attorney, Gibson & Moran, LLC. (Docket No. 204)
(4/6/21) Appl to Employ Gibson & Moran, LLC as Trustee's Attorney (Docket No. 203)
(3/29/2021) This case converted from Chapter 11 to Chapter 7 case.

RE PROP #      2    --   The balance is scheduled as $-2,647.88.  The software does not allow negative balance entries.

Initial Projected Date of Final Report (TFR): 03/31/2023       Current Projected Date of Final Report (TFR): 03/31/2023

Trustee Signature:    /s/ Lisa M. Barbacci      Date: 04/25/2022

Lisa M. Barbacci
600 E Smith Rd.
Medina, OH 44256-2666
(330) 722-4488
barbaccitrustee@gmail.com

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 20-61308  
Case Name: A.R.M. Opco Inc.  
Taxpayer ID No: XX-XXX3819  
For Period Ending: 03/31/2022  

Trustee Name: Lisa M. Barbacci  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0951  
Checking  
Blanket Bond (per case limit): $2,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/11/21 | 1 | Ohio Bureau of Workers Compensation | Premium/refund/return | 1229-000 | $322,012.48 | | $322,012.48 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $229.38 | $321,783.10 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $355.28 | $321,427.82 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $354.90 | $321,072.92 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $343.06 | $320,729.86 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $354.12 | $320,375.74 |
| 11/23/21 | 29 | American Electric Power | Refund | 1229-000 | $1,345.50 | | $321,721.24 |
| 11/23/21 | 30 | Ameritas | Refund of Policy premiums | 1229-000 | $644.88 | | $322,366.12 |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $342.89 | $322,023.23 |
| 12/27/21 | 2001 | INSURANCE PARTNERS | Trustee bond premium | 2300-000 | | $257.00 | $321,766.23 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $355.55 | $321,410.68 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $354.90 | $321,055.78 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $320.18 | $320,735.60 |

Page Subtotals: $324,002.86 $3,267.26

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $324,002.86 | $3,267.26 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $324,002.86 | $3,267.26 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $324,002.86 | $3,267.26 |

Page Subtotals: $0.00 $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0951 - Checking | $324,002.86 | $3,267.26 | $320,735.60 |
|  | $324,002.86 | $3,267.26 | $320,735.60 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $324,002.86 |
| Total Gross Receipts: | $324,002.86 |

Trustee Signature:  /s/ Lisa M. Barbacci  Date: 04/25/2022

Lisa M. Barbacci
600 E Smith Rd.
Medina, OH 44256-2666
(330) 722-4488
barbaccitrustee@gmail.com

Page Subtotals: $0.00 $0.00